Rasheed Hilson Sr.
COMMITTED NAME (if different)

P.O. Box 4999, LA, CA. 93216
FULL ADDRESS INCLUDING NAME OF INSTITUTION

637110
PRISON NUMBER (if applicable)

(150)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rasheed J. Hilson Sr.

                                    PLAINTIFF,

                    v.

USC Medical Center
        and
Los Angeles County Jail
Sheriffs Department DEFENDANT(S)

CASE NO. CV **CV09-09402** (JEM)

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one)

☒ 42 U.S.C. § 1983
        or
☐ Bivens v. Six Unknown Agents
403 U.S. 388 (1971).

---

## A. PREVIOUS LAWSUITS

1)   Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☒ No

2)   If your answer to 1 is yes, how many? _____ Describe the lawsuit in the space below.   (If there
     is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the
     same outline.)

LODGED

2009 DEC 23  AM 10: 26
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

```
RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

Page 1 of 6

Plaintiff _____

Defendants _____

b.　　Court _____

c.　　Docket or case number _____

d.　　Name of judge to whom case was assigned _____

e.　　Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f.　　Issues raised: _____

_____

_____

g.　　Approximate date of filing lawsuit _____

h.　　Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1)　　Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?　　☒ Yes　　☐ No

2)　　Have you filed a grievance concerning the facts relating to your current complaint?

☒ Yes　　☐ No

If your answer is no, explain why not _____

_____

_____

3)　　Is the grievance procedure completed?　　☐ Yes　　☒ No

Page 2 of 6

Explain please explain why Nobody answered any of my grievances while at L.A. County Jail. However, the filing Writ of Habeas Corpus on the matter I haven't Received any Response with the filing docket Number, I will forward
2. Please attach copies of papers related to the grievance procedure upon Receipt. Please note that I mailed all of my copies to civil division requesting to proceed without §945.4 guidelines on the state level. However, I haven't received a response on the matter. C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Rasheed J. Hilson Sr.**
                                                                         (print plaintiff's name)
who presently resides at **P.O. Box 4999, Delano, CA 93216**
                         (mailing address or place of confinement)                          , were violated

by the actions of the defendant(s) named below, which actions were directed against plaintiff at **USC**
**Medical Center**
              (institution/city where violation occurred)

on (date or dates) **December 19-23, 2007** | **Dec. 19-23, 2007** |
UNKNOWN              (Claim I)              (Claim II)
                   **January thru. February** | **Jan. thru. Feb. 2008** |         (Claim III)
                   **2008**

(You need not name more than one defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming more than five (5) defendants.)

1) Defendant **USC Medical Center Hospital** ~~————~~                    resides or works a
   **(any and all Unknown employees)**
                 (full name of first defendant)
              **UNKNOWN / Downtown Los Angeles**
                   (full address of first defendant)
   **Institution**
           (defendant's position and title, if any)

The defendant is sued in his/her:   ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

This is the entity were plaintiffs surgery took place. This entity hired the Administration who hired the individuals performing the botched surgery as well as other employeed employees that particapated in Plaintiffs care while at facility
2) Defendant **UNKNOWN**
                 (full name of second defendant)                     resides or works a
**UNKNOWN / Downtown Los Angeles**
                (full address of second defendant)                    , and is employed a
         **Administration (any and all)**
              (defendant's position and title, if any)

The defendant is sued in his/her:   ☒ individual  ☒ official capacity.  (Check one or both.)

Explain how this defendant was acting under color of law:

Took part in the hiring of the individuals that took part in the surgery on or about December 21, 2007.

                              Page 3 of 14

3.

Unknown
(full name of third defendant) ......................................... resides or works

Unknown / Downtown Los Angeles
(full address of third defendant) ............................., and is employed

Chief Surgeon of Oral Maxilliary facial Surgery
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual   ☒ official capacity.  (Check one or both.)

Explain how this defendant was acting under color of law:

Appointed the surgeon who performed plaintiffs surgery. After personally realizing that plaintiffs surgery was botched he did not offer to fix the problem.

4)  Defendant _____ Unknown _____
(full name of fourth defendant) ............................... resides or works

Unknown / Downtown Los Angeles
(full address of fourth defendant) ..............................., and is employed

Oral Maxilliary facial (1) and (2); Anesthesiologist; Surgeon Assistant; Any and all
others who participated (defendant's position and title, if any) in the surgery on plaintiff, on or about December 21, 2007
Any and all nurses during plaintiffs recovery and pre-surgery

The defendant is sued in his/her: ☒ individual   ☒ official capacity.  (Check one or both.)

Explain how this defendant was acting under color of law:

Plaintiff was told by the surgeon that plaintiff would have use of his mouth because the wires will be cut off of the archbars in order to promote plaintiffs normal bite. Anesthesiologist did not give enough mediation. Assistant didn't cut both wires out of plaintiffs mouth.

5)  Defendant Los Angeles County Sheriffs Department (any
and all unknown employees) (full name of fifth defendant) ......................... resides or works a

Unknown / Downtown Los Angeles
(full address of fifth defendant) ..............................., and is employed a

Institution, Administration, Any and all employee's
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual   ☒ official capacity.  (Check one or both.)

Explain how this defendant was acting under color of law:

This is the entity were the injury occured to plaintiff. This entity hired the Administration who hired the individuals working within it's facilities.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT FORM

6) Defendant;  UNKNOWN  Resides or works at
(Full name of Sixth defendant)

P.O. Box 86164, Terminal Annex, Los Angeles, California 90086-0164
(Full address of Sixth defendant)  and is employed as

3rd floor Doctor at Twin Towers, Nurse Practitioner (T/T), 5th floor Doctor at Mens
(defendants position and title, if any)
Central Jail, any and all nurses working on plaintiff on 5th floor

The defendant is sued in his/her;  ☒ individual  ☒ official Capacity

Explain how this defendant was acting under color of law:
Plaintiff expressed to all the defendants that the surgeon (defendant 6)
told plaintiff that the wires would be cut from the archbars in
order to promote plaintiffs normal bitting function. Neither
defendant did anything to ascertain if there was any truth to the
matter. Fifth floor doctor and nurses never did anything to
help with plaintiffs pain in plaintiffs jaw area nor did they
send plaintiff to another doctor to find out why plaintiff was
in so much jaw pain. Nor were the archbars ever removed
while in there care.

7) Defendant;  UNKNOWN  Resides or works at
(Full name of Sixth defendant)

P.O. Box 86164, Terminal Annex Los Angeles CA 90086  and is employed as
(Full address of Sixth defendant)

Sargeants of Jail Ward (USC Medical Center), Sargeants over medical transportation
(defendants position and title, if any)
any and all deputies under Sargeants control,

The defendant is sued in his/her;  ☒ individual  ☒ official Capacity

Explain how this defendant was acting under color of law:
While at USC Medical Center I was told by the Sargeant on shift
that because of plaintiffs bail being excessive that plaintiff

Continuation would have to ware leg-irons while in the Jail Ward (locked facility). Because of this excessive bail plaintiff wasn't afforded his two week mandatory check-up at USC Medical Center. Because of this there wasn't any intervention. All of this could have been pervented if plaintiff was allowed a two-week check-up.

CLAIM I

The following civil right has been violated.

USC Medical Center has violated Plaintiffs 8TH Amendment Right and any other Amendment(s) that apply. They are in violation of Health and Safty Code(s) as well. They are in violation of State Statue also.

Please allow plaintiff to amend the Civil Right part of plaintiffs complaint at a later date

Supporting Facts:  [Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.]
  *If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same  outline.

USC Medical Center (Defendant(1)) an entity of Los Angeles County, hired the Administration within it's institution that provided the care for plaintiff on or about December 21-22, 2007.

The Board of Administration (defendant(2)) hired any and all employee's within the institution and all appointed super-visors.

Chief Surgeon of Oral Maxilliary-facial Surgery (defendant(3)) appointed the Surgeon who performed plaintiffs procedure. Defendant (3) also witnessed the examination of plaintiff by USC Medical Centers, Jail Wards Oral Surgeon (defendant (4a2). During this examination defendant (3), along with the Surgeon who performed the surgery (defendant (4a1)) witnessed the debotchery of the surgery performed on plaintiff and neither offered to fix the situation. Defendant (3 & 4a1) sat in the background while defendant (4a2), told plaintiff that he would have to seek and orthopedic upon my release. Both defendants (3 & 4a1), said nothing then, or when defendant (4a2) stated, "youre in jail. Deal with it!"

Continuation
Claim

1. Please note that all this happend after the surgery was
2. done. Defendant (4a2), is the aftercare surgeon for the
3. jail ward. His examinations were done 6 or 7 weeks
4. after the surgery.
5. Also note that I've tried without fail to obtain all
6. plaintiffs Medical records however, Los County Jail has
7. denied me excess.
8. The Oral Maxilliaryfacial Surgeon who performed the surgery
9. (defendant (4a1), expressed prior to surgery that plaintiff
10. would have to keep the archbars just in case plaintiff needed
11. any adjustments, however, the wires would be taken out
12. in order to promote plaintiff Normal bite.
13. Defendant (4a1), performed the procedure on or about December
14. 21st or 22nd, 2007. At which time defendant (4a) along with defendants
15. Co-defendants, Neglected to remove the wires on both sides
16. of plaintiffs jaw. Because of this plaintiff healed in a Malpost
17. position.
18. During the surgery the anethesiologist errored by not giving
19. plaintiff enough medication to keep plaintiff a sleep (defen-
20. dant (4b). Because of this, plaintiff woke up during surgery,
21. Plaintiff remebers little during that time but having to uri
22. Nate. Plaintiff also remembers waking-up at the end of
23. surgery with his mouth still wired on the leftside, and having
24. to urinate. Plaintiff woke up, by jumping up, because plaintiff
25. didn't know he had a decathader installed and plaintiff
26. had to urinate. Upon waking up plaintiff saw two nurses

Continuation
Claim 1

1  standing by the door as if they were scared. I do
2  Remember asking why plaintiffs wires were still in plaintiffs
3  mouth, However, it may have sounded like gibberish because
4  of plaintiffs mouth still being wired and also because of
5  the effects of the mediation. Plaintiff doesn't Remem-
6  ber Niether tring to ascertain what plaintiff was saying.
7  While in the Jail Ward recovery room, plaintiff immediately
8  noticed that only the leftside was still wired shut but
9  the rightside had been removed. Plaintiff immediately told
10  the nursing staff who all replied by saying, "if the doctor
11  left it that way, then that's the way its suppose to
12  be." However, one nurse stated that she would call the
13  doctor and check on it. This was at the begining of
14  her shift, by the end of her shift defendant (4b2),
15  stated that she had forgotten, that she would make
16  her call first thing tommorow.
17  Shorty thereafter plaintiff was transferred back to
18  Los Angeles County Jail (Medical Ward Twin Towers 3rd
19  floor)
20
21
22
23
24
25
26
27

CLAIM 2

The following civil right has been violated:

~~[struck through text]~~

Los Angeles County Sherriffs Department has violated Plaintiffs 8th Amendment right and anny other amendment(s) that apply. They are in violation Health and Safty Code(s) as well. They are in violation of State Statue also.

Please allow plaintiff to amend the ~~[struck]~~ civil Right part of my complaint at a later date.

Supporting Facts:  [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.]
   *If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Los Angeles County Sherriffs Department (defendant (s)), an entity within Los Angeles County, hired the Administration within its institution that provides housing, food, hygene facility and products, protection, and Medical/Mental care, for plaintiff sence day of arrest on, July 24, 2007, and on or about December 19th, 2007, the day plaintiffs injury occurred. Upon plaintiffs return to Los Angeles County Jail (Twin Towers Medical Ward 3rd floor), plaintiff was seen by the third floor doctor (defendant (6a), in order to be cleared for the medical floor plaintiff was on (3rd floor) Plaintiff immediately expressed to defendant (6a), what the surgeon (defendant (4A) told plaintiff, (That the wires would be removed in order to promote plaintiffs normal bite).
Defendant (6a) stated, if the doctor left the wire attached, there was nothing he could do, Because of this, plaintiff asked to be sent back to the outside hospital, Defendant (6a) stated, that plaintiff could let the doctor know on plaintiffs two-week check-up. A check-up that never happend.

Continuation
Claim 2

1  By acting so cavalier defendant (6a), acted deliberately
2  indifferent towards plaintiffs care and up keep at
3  the very fulcrum of plaintiffs healing process.
4  Plaintiff expressed the exact same thing to the nurse
5  practitioner (defendant (6b). She basically replied
6  the exact same way the intake doctor did. (if the
7  surgeon left it that way, then that's the way it's
8  suppose to be). Defendant (6b) did say that
9  she followed up on what I said. From what she
10 understands, that is the way it's suppose to be
11 (the wire on the left side of plaintiffs jaw).
12 Plaintiff was never taken to USC Medical Center
13 for his two week follow-up, check-up. In fact
14 plaintiff remained at Twin Towers Jail Ward for
15 six to seven weeks.
16 Upon plaintiffs return to USC Medical Center,
17 plaintiff was examined by the Oral surgeon for the
18 Jail Ward (defendant (4a2) ). Defendant (4a2) imme-
19 diately saw the error. Plaintiff told the doctor
20 that he had been telling everyone he came in
21 contact with, that that wire should have been
22 removed. He questioned why nobody took the wire out
23 during plaintiffs two week check-up.
24 Plaintiff replied, "Nobody would bring me here for my
25 check-up".
26 Plaintiff then expressed the things that was
27

10 of 14
Page 1

Continuation
Claim 2

1 happening with him and his jaw. Plaintiff expressed
2 that he couldn't feel the Rightside of his face. Plain-
3 tiff expressed that his left ear had a constent ring
4 within it, and plaintiff complained of some pain
5 through out plaintiff left jaw.
6 Defendant (4a2), cut the wire completely out
7 and sent defendant back to Los Angeles Jail
8 (Medical Ward), for two more weeks.
9 Upon plaintiffs return to USC Medical Center
10 Plaintiff was seen by defendant (4a2) however
11 defendant (4a1) and defendant (3) (Oral Surgeon
12 who perform Surgery (defendant(4a1)) and the
13 Chief Oral Maxilliary facial Surgeon (defendant(3))
14 were aparty to plaintiffs examination. Plaintiff
15 complained immediately of alot more pain on plain-
16 tiff leftside through out his jaw. Of numbness
17 on the rightside to were plaintiff can not feel
18 his face. And constent ringing in the left
19 ear.
20 Plaintiff ask how long would it take to fix
21 it?
22 At which time defendant (4a2) stated, that
23 plaintiff would have to seek an orthopedic
24 upon his release.
25 Plaintiff began to get upset because he
26 couldn't believe the defendant (4a2~~'s~~),
27 a cavalier attitude towards thier debotchery.

Continuation
Claim 2

1. Plaintiff asked, was he suppose to live in pain
2. and all the other ailments. At which time defen-
3. dant (4a2) stated, "you're in jail, deal with it".
4. Plaintiff replied, "I never knew being in jail
5. precluded you from receiving proper medical
6. attention".
7. At which time plaintiff was taken back to
8. Los Angeles County Jail (Medical Ward). Two,
9. to three days later, plaintiff was sent to the
10. Old County Jail (5ᵀᴴ floor Medical Ward).
11. While there plaintiff constantly complained
12. of pain. Constantly asked when I would be
13. taken back to the outside doctor to get
14. my jaw fixed. I even asked to go to another
15. doctor.
16. The response was that plaintiff was scheduled
17. to go back and have the archbars removed.
18. Nothing ever happend while at Los Angeles
19. County Jail. Not until plaintiff was sent
20. to North Kern State Prison, which was
21. ten months later, did the archbars come
22. out. UMC Fresno did the procedure. After
23. the archbars were removed there was gross
24. decay through out all plaintiffs teeth. Three
25. teeth had to be pulled because of it.
26. Plaintiff is now taking 30mg morning, and
27. evening for pain (Morphine).

Page 3   17 of 14

Continuation
Claim 2

1. Nobody here will touch my mouth until
2. I file this lawsuit because they don't
3. want to be liable.
4. Please not that Los Angeles County Jail
5. (Records) will not provide my Medical Records.
6. this is the reason why plaintiff doesn't have all
7. the names and dates correct.
8. Plaintiff was told by a Sargeant at USC Medical
9. Center (defendant (7)), that because of excessive
10. bail, plaintiff had to ware leg-irons while in
11. the Jail Ward (lock facility). It is also plaintiffs
12. belief that this to is the reason plaintiff didn't
13. get transported to and from the Jail facility
14. during plaintiffs two week check-ups.
15. By not transporting plaintiff shows transportations
16. deliberate indifferance for plaintiffs care and
17. well being.
18. Plaintiff put in numerous grievances that never were answered
19. while on the 5th floor at the Old County. Plaintiff recently
20. submitted a writ of Habeas Corpus on the issue. Once
21. plaintiff ~~receives~~ receives a case number plaintiff will imme-
22. diately forwarded it to you. Also plaintiff request the
23. courts to order plaintiffs medical file from Los Angeles
24. County Jail, and USC Medical Center. Upon my
25. receipt plaintiff will provide the missing
26. information.
27.

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

To be appointed adequate legal counsel to handle any and all parts of plaintiffs case. Court to immediately order Medical Records for Plaintiff. Plaintiff wants jaw fixed immediately and dental implants for the top and bottom of plaintiffs mouth. Plaintiff wants monatary relief for the sum of $6,000,000. For pain and suffering plaintiff seeks $10,000,000. And for bad faith and malicious entent by the Board of Supervisors and thier liability firm: whatever the court deems appropriate. Plaintiff wants a verbal apology from the surgeon and a written response (apology) from the hospital. Plaintiff also seeks insurance (Medical+Dental) for life. Plaintiffs wants defendants to pay all court and legal fees.
I

_12-16-09_
(Date)

_Rasheed Hilson_
(Signature of Plaintiff)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on: 12-16-09, at North Kern State Prison.

_Rasheed Hilson Sr._
SIGN

_Rasheed Hilson_
Signature

Page 6 of 6

CIVIL RIGHTS COMPLAINT FORM

List Of Rasheed Hilson (Plaintiff) Medical History From
10-21-08 TO 11-20-09

| In Order By | Name Of Form | Exhibit |
|---|---|---|
| 10-21-08 | Los Angeles County Jail (Medication Printout) | A |
| 10-23-08 | Physicians Order For Medication | B |
| 10-29-08 | Healthcare Services Physician Request | C |
| 11-06-08 | Supplemental to Dental Progress Notes | D |
| 11-07-08 | Physicians Order For Medication | E |
| 11-10-08 | Authorization for Temporary Removal for Medical | F |
| 11-21-08 | Authorization for Release Of Information | G |

Please Not Plaintiff Out to Court at Riverside County starting from
12-28-08 to 10-23-09. Still waiting for Medical Records from R.C.

| | | |
|---|---|---|
| 11-01-09 | Health Care Request Form | H-I |
| 11-09-09 | Health Care Services Physician Request | J |
| 11-24-09 | Out-Patient Care. Gene Hughes. DDS | K-L |

Medication Prescribed Starting Dates 10-23-08 ending 11-20-09

| | | |
|---|---|---|
| 10-23-08 to 11-20-09 | Medication Reconciliation-Active Medication | M-T |

I declare under penalty of perjury under the laws of the
state of California that the foregoing is true and

correct as stated exhibit(s); A, B, C, D, E, F, B, H, I, J, K, M, O, P, Q, R, S, T. These exhibit(s) starting from, A thru T, are as follows; (A) Los Angeles County Jail (Medication Printout, (B) Physicians Order For Medication, (C) Health Care Services Physician Request, (D) Supplemental to Dental Progress Notes, (E) Physicians Order for Medication, (F) Authorization for ~~Temporary Removal for Medical~~ (G) Authorization for Release of Information, (H) (G) Health Care Request Form, (I) Health Care Services Physician Request, (K-L) Out Patient Care; Gene Hughes, DDS, (M-T) Medication Reconciliation – Active Medication, all forms true and correct copies provided by Delano/North Kern State Prison) Medical Records office, is executed; 12-16-09 at North Kern State Prison, Sent to this Court, Central District, 312 N. Spring St. G-8, Los Angeles, California, 90012-4701, by United States Postal Services.

Sign: Rasheed Hilson   Dated: 12-16-09   Signature: Rasheed Hilson



Exhibit A

RASHEED JOEL - A07562329 Opened by NERI , HECTOR E. / STAFF NURSE - 467203

RASHEED JOEL   Age:37 years   Sex:Male   Location: CJIR   ***No Known Allergies***
               DOB:12/9/1970   CII:A07562329   Booking#:9699552   Inpatient 7/24/2007 9:22

Reference Text Browser

| Flow Browser | Flowsheet | Orders | Patient Information | Clinical Notes | Task List | Care Plans | Intake and Output | KARDEX | MAR | Patient Schedule |

October 21, 2008 10:36 PM - October 22, 2008 10:36 PM (Clinical Range)

| Medications | 10/21/2008 10:44 PM | 10/22/2008 6:00 AM | 10/22/2008 4:00 PM | 10/22/2008 8:00 PM |
|---|---|---|---|---|
| **Scheduled** | | | | |
| amitriptyline (AMITRIPTILINE 50mg tablet) 50MG PO QHS HS Routine 15-HAM 10/16/08 FOR 3, 12/16/08 FOR 10 | | | | 50 MG |
| amitriptyline | | | | |
| gabapentin (gabapentin (NEURONTIN) 300MG CAP) 300MG PO QD x 151 Routine 15-7:00A 10/09/A 10/04/0 12/06/08 FOR 15 | | 300 MG | 300 MG | |
| gabapentin | | | | |
| **Unscheduled** | | | | |
| PAIN | | | | |
| acetaminophen (Tylenol) (ACETAMINOPHEN 325 mg TAB) 325MG PO Q4H PRN PAIN For Pain Routine 10/16/08 FOR 10, 0 DAYS, 01/08/09 11:57:0 | | | | |
| acetaminophen | | | | |
| **Continuous Infusions** | | | | |

Exhibit B

**NOTE:  SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 10.23.08 | 12:12 | ① | D/C MAPC |
| | | ② | Tylenol #3 |
| | | | DISP 16 TABS |
| | | | SIG 1 TAB T.I.D FOR DENTAL PAIN. |
| | | | NA · TODAY |
| | | | F. Lopez DDS |
| | | | F. LOPEZ, DDS |
| 10.23.08 | | | Noted 3H LVN. |
| | 850 | | |
| 10-24-08 | | | |
| | 1415 | | |

COPY

| ALLERGIES: SHELLFISH | INSTITUTION NKSP/RC | ROOM / WING B4-130 |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)
G37110
HILSON, RASHEED

12-9-70

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA

OSP 07 101929

DEPARTMENT OF CORRECTIONS



STATE OF CALIFORNIA

Exhibit C

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME HILSON RASHEED | CDC NUMBER G 37110 | INSTITUTION NKSP |
|---|---|---|

| DATE OF BIRTH 12-09-70 | EPRD DATE | 2/11/12 | GENDER M |
|---|---|---|---|

| PRINCIPLE DIAGNOSIS STATUS: FRACTURED MANDIBLE-MALPOSED | ICD-9 CODE 802.2 | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) (1) REMOVE NONSERVICEABLE TEETH; SURGICAL RECONSTRUCTION | # OF DAYS RECOMMENDED 2-4 DAYS |
|---|---|

Please circle all that apply: Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    EMERGENT    URGENT    (ROUTINE)

For the purpose of retrospective review, if emergent or urgent, please justify: _____ UMC

Proposed Provider: UNIVERSITY MEDICAL CENTER FRESNO    Anticipated Length of Stay: 1. WORK UP: 1-2 DAYS

Expected disposition (i.e. outpatient follow-up, return to institution, transfer): 2. PROCEDURE:

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): I/M HAD FX MANDIBLE DECEMBER 2007 → LACMC TREATED BY OPEN + CLOSED REDUCTION BUT HEALED IN A MALPOSITION ⓒ (R) POSTERIOR TEETH IN CROSS-BITE BUT OUT OF FUNCTION

Estimated time for service delivery, recovery, rehabilitation and follow-up: 1ST PHASE: DX ≈ 1 DAY; PROCEDURE & EXPOSE & REFRACTURE OF MANDIBLE ≈ 6 DAYS TO 6 WEEKS

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): WORK-UP: CLOSED /OPEN REDUCTION 12-07

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME L.W. STARK DMD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY W Wilson | DATE 10-28-08 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE W Stark DMD | DATE 10-29-08 | Utilization management tracking #: 08/09-21-OP 2909 |

| DATE OF CONSULTATION 11/21/08 Please Note ↓ | PRINTED NAME OF CONSULTANT MARTIN BEVANGER |
|---|---|

FINDINGS: (Arch bars in place) PREVIOUS HX OF JAW FX. No possible occlusion SEVERE PERIODONTAL DISEASE, PARTIAL EDENTULISM.

RECOMMENDATIONS: POSSIBLE JAW RECONSTRUCTION. HOWEVER, Pt NEEDS DENTAL WORK FIRST. IMPRESSIONS TAKEN TODAY.

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: NEEDS FULL DENTAL EXAM and TREATMENT. PLEASE SEND TO GENERAL DENTIST.

| CONSULTANT SIGNATURE ___ BEVANGER | DATE 11/21/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE 11/24/08 | G 37110 |
| PCP SIGNATURE | DATE | HILSON, RASHEED |

B5-135L 22

B.D. 12-09-70

**Attach Progress Note page for additional information.**
## THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

COPY

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
- SPECIALTY SCHEDULER

SICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

Exhibit D

**SUPPLEMENTAL TO DENTAL PROGRESS NOTES**
CDCR 237-C-1 (Rev. 04/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*Page 1 of 2*

**Prior to each treatment, the Dentist *must* review the inmate-patient's health history, note changes or specify no change, and use S.O.A.P.E. format when applicable.**

| DATE OF ACTION (month/day/year) | | | TOOTH NUMBER | PROGRESS NOTES (include signature at the end of each data entry) | PRIORITY AFTER VISIT | PRISON LOCATION (ACRONYM) |
|---|---|---|---|---|---|---|
| 11 | 06 | 08 | | As per the verbal order from Dr. Lopez (D.D.S) | | |
| | | | | I extended the Rx's for Tylnol #3 & | | |
| | | | | carnation instant breakfast until 11/11/2008 | | |
| | | | | S. M. Godges, DDS / S.M. 11/06/08 | 1C | NKSP |
| 11 | 07 | 08 | | cc: Th the wing extreme pain to my ⓛ ear for | | |
| 1400hrs | | | | over a year now & wow it's really bad - I | | |
| | | | | can't stand it any more - I want something | | |
| | | | | done NOW!! It is bleeding in my ear - | | |
| | | | | I've never had pain like this before. " | | |
| | | | | Clin eval -intra-orally- No swelling, no visible | | |
| | | | | evidence of bleeding- Visual Exam of outer ⓛ | | |
| | | | | ear reveals No bleeding, Tylnol #3" No working" | | |
| | | | | Dx: ① Possible ② inner ear infection that has | | |
| | | | | been chronic that has now become acute | | |
| | | | | ② Possibly related to Pt's Past Hx (Jan 08) | | |
| | | | | of Oral Surgery to Relieve mandibular Fx | | |
| | | | | PLAN: To Request Eval by M.D. to R/o inner | | |
| | | | | ear ⓛ infection- A.S.A.P. | | |
| | | | | S. M. Godges. DDS / S.M. DDS | 1C | NKSP |

COPY

DRUG ALLERGIES?

☐ NO   ☒ YES
Shellfish

NAME (LAST, FIRST, MI), CDCR NUMBER, AND DATE OF BIRTH

Hilson, Rashead

G-37110

DOB: 12/09/1970

**SUPPLEMENT TO DENTAL PROGRESS NOTES**

Exhibit E

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/07/08 | 1430 | | Request: |
| | | | Evaluation of (R) ear to R/O inner |
| | | | ear infection. PT states extreme |
| | | | inner-ear pain & bleeding. |
| | | | Note: PT is in the process of |
| | | | being scheduled for Oral-Maxillo Facial |
| | | | Surgery at UMC-Fresno. Please |
| | | | see attached CDC-7243. PT states |
| | | | Tylenol 3 Rx is NOT taking away |
| | | | his pain) |
| | | | S.M. Godges, DDS |
| | | | noted Immunita 11-7-08 1570 |

**COPY**

ALLERGIES: ShellFish       INSTITUTION NKSP       ROOM / WING BS-135L

CDC NUMBER, NAME (LAST, FIRST, MI)

Hilson, Rasheed.

CDCR #: G-37110

DOB: 12/09/70

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA        OSP 07 101929      DEPARTMENT OF CORRECTIONS

Exhibit  F

## REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)
DESCRIPTION OF CONDITION SUGGESTING REMOVAL

**FRACTURED MANDIBLE**

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

| | UM | APPEALS |
|---|---|---|
| | SP. CLINIC | CHRONO |
| | YARD CLINIC | MED.REC. |
| | TRANSFERS | HCCUP |

**SURGICAL RECONSTRUCTION**
**REMOVE NONRESTORABLE TEETH**

NATURE AND IMMEDIACY OF SERVICE:    ☐ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
**UMC - 445 S. CEDAR AVE. FRESNO, CA**      **DATE:** 11 21 08    **TIME:** 0900H
WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

**SPECIALIST AND/OR EQUIPMENT NOT AVAILABLE AT THIS INSTITUTION**

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    [X] UNIVERSAL    ☐ RESPIRATORY    ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)
**SAME DAY TREAT & RETURN**

SIGNATURE OF CHIEF MEDICAL OFFICER
**DR. E. FLORES**  *Dr. Flores /Bulega RN*      DATE SIGNED **11 10 08**

## CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION |
|---|---|---|---|
| | | | ☐ MAXIMUM  ☐ MEDIUM  ☐ MINIMUM |
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | ESCAPE RISK |
| REMARKS | | | |

SIGNATURE OF ASSOCIATE WARDEN      DATE SIGNED

©COPY

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS

REQUEST:    ☐ APPROVED    ☐ DENIED

SPECIAL CONDITIONS

| | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|
| WARDEN'S SIGNATURE  DATE SIGNED  FACILITY | **NAME:** HILSON, RASHEED  **CDC:** G37110  **DOB:** 12 09 70  **LOC:** B5 - 135L  **TBC 22** |

REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

Exhibit G

STATE OF CALIFORNIA
**AUTHORIZATION FOR RELEASE OF INFORMATION**
CDCR 7385 (Rev. 04/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

# AUTHORIZATION FOR RELEASE OF INFORMATION

### YOUR INFORMATION    DOB: 12-9-1970

| Last Name: Hilson | First Name: Rasheed | Middle Name: Joel |
|---|---|---|
| Address: P.O. BOX 4400 | City/State/Zip: Delano, CA 93216 | CDC/YA Number: G37110 |

| **Person/Organization Providing the Information** [45 C.F.R. § 164.508(c)(1)(ii) & Civ. Code § 56.11(e).] | **Person/Organization to Receive the Information** [45 C.F.R. § 164.508(c)(1)(iii) & Civ. Code § 56.11(f).] |
|---|---|
| Los Angeles Mens County Jail | California Department of Corrections |

### Description of the Information to be Released
### (Provide a detailed description of the specific information to be released.)
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code §§ 56.11(d) & (g).]

- ☒ Medical
- ☐ HIV
- ☐ Genetic Testing
- ☐ Substance Abuse
- ☐ Mental Health
- ☐ Communicable Diseases

Additional Information:
All related information concerning Broken Jaw Issue Since 12-19-08

### Description of Each Purpose for the Use or Release of the Information
### (Provide a detailed description of the activity for which the information will be used)
[45 C.F.R. § 164.508(c)(1)(iv).]

To keep for future need. Also to have for personal use.
Continuity of Care      COPY

### Will the health plan or provider receive money for the release of this information?
[45 C.F.R. § 164.508(a)(3).]

NO, WITH THE EXCEPTION OF COPY COSTS.

11-24-08

STATE OF CALIFORNIA

**AUTHORIZATION FOR RELEASE OF INFORMATION**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 7385 (Rev. 04/06)

Page 2 of 2

This authorization for release of the above information to the above-named persons/organizations will expire on: _____ (date). [45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h).]

I understand:

- I authorize the use or disclosure of my individually identifiable health information as described above for the purpose listed. I understand that this authorization is voluntary. [45 C.F.R. § 164.508(c)(2)(i).]

- I have the right to revoke this authorization by sending a notice stopping this authorization to _____ at _____ The authorization will stop on the date my request is received. [45 C.F.R. § 164.508(c)(2)(i) & Civ. Code § 56.11(h).]

- I understand that I am signing this authorization voluntarily and that treatment, payment or eligibility for my benefits will not be affected if I do not sign this authorization. [45 C.F.R. § 164.508(c)(2)(ii).]

- I understand if the organization I have authorized to receive the information is not a health plan or health care provider; the released information may no longer be protected by federal privacy regulations. [45 C.F.R. § 164.508(c)(2)(ii).]

- I understand I have the right to receive a copy of this authorization. [Civ. Code § 56.11(i).]

| Signature: | CDC/YA Number: | Date: |
|---|---|---|
| *Basheed Wilson* | 637110 | 11-21-08 |

[45 C.F.R. § 164.508(c)(1)(vi) & Civ. Code § 56.11(c).]

| Representative: | Relationship: | CDC/YA Number: | Date: |
|---|---|---|---|
| | | | |

Exhibit H        162038

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☒     MEDICATION REFILL ☐

NAME  Hilson, Rasheed

CDC NUMBER  G37110

HOUSING  B-5/139Low

PATIENT SIGNATURE  Rasheed Hilson

DATE  11-1-09

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  I am in extreme pain on my left side. I can barely chew with the only two teeth I can eat with. I have constant ringing in my left ear. And I'm always nauseated from meds.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 11/1/09 2100 | Received by: Shellorn RN |
|---|---|
| Date / Time Reviewed by RN: 11/2/09 0900 | Reviewed by: Jian Yang |

S:                          Pain Scale:  1  ②  3  4  5  6  7  8  9  10

O:  T:          P:          R:          BP:          WEIGHT:

A:

P:  Saw Dr. Start @ 11/19/09          JIAN YANG RN  JY
                                                          11/19/09

☐ See Nursing Encounter Form

E:

(c) COPY

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:                          DATE OF APPOINTMENT:

COMPLETED BY                          NAME OF INSTITUTION

PRINT / STAMP  NAME          SIGNATURE / TITLE          DATE/TIME  COMPLETED

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

Exhibit I
15543€

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☒

| NAME Hilson | CDC NUMBER G37110 | HOUSING B5-139 Low |
|---|---|---|

| PATIENT SIGNATURE Rasheed Hilson | DATE 11-19-09 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  The Medication I'm getting keeps me clogged up and it is not helping with my pain I Need an upgrade on my Tylenol 3's. I thought I could handle it but I'm tired of the headaches and the constipation. Please put me on the doctors line A.S.A.P

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 11/21/09 13w | Received by: |
|---|---|
| Date / Time Reviewed by RN: 11/21/09 13:30 | Reviewed by: |

S:                                    Pain Scale:  1  2  3  ④  5  6  7  8  9  10

Duplicated
See 155453.

O:  T:       P:       R:       BP:       WEIGHT:

A:

P: Already seen by DR. Leong @ 11/20/09.  Saw DR. Austria
☐ See Nursing Encounter Form      got T#3 2 tabs TID          11/25/09
                                   Morph SR 30mg qpm.
                                   Baclofen 10mg  TID
E:                                 Gabapentin 900  TID
                                   Carnation 2 cans TID.
                      MOM 30ml · for constipation
                          Colace 2tabs BID.      JIAN YANG RN  11/26/09

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: 12/21 | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

COPY

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

CALIFORNIA

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

DEPARTMENT OF CORRECTIONS

PATIENT NAME: HILSON #15' non Rasheed   CDC NUMBER: G37110   INSTITUTION: MCSP

DATE OF BIRTH: 12-09-70   TPRD DATE:   GENDER: MALE

PRINCIPLE DIAGNOSIS: _____ teeth #12, 19, 21 (3/5)   ICD-9 CODE:   CPT CODE(S):

REQUESTED SERVICES: evaluation + possible removal #12, 15, 19, 21   # OF DAYS RECOMMENDED:

Please circle all that apply: Diagnostic Procedure/Consultation   Outpatient/Inpatient   Initial/Follow-up

Requested Treatment/Service is:   EMERGENT   **URGENT**   ROUTINE   deeply carious teeth

For the purpose of retrospective review, if emergent or urgent, please justify: long term of pain – no swelling etc

Proposed Provider:   Anticipated Length of Stay: 1 day

Expected disposition (i.e.; outpatient follow-up, return to institution, transfer): return to MCSP.

Medical Necessity (briefly describe the clinical situation: chronic severe pain deep carious teeth – non restorable probably but to remove ❍ MCSP.

Estimated time for service delivery, recovery, rehabilitation and follow-up: one day for extraction

Summary of preliminary or diagnostic work up, conservative treatment provided:

Comments (diagrams, risk factors, prognosis, alternative management, etc):

REQUESTING PHYSICIAN PRINTED NAME: L. M. STARK DMD   APPROVED/AUTHORIZED/DENIED/DEFERRED BY: DMD DATE: 11-09-09
REQUESTING PHYSICIAN SIGNATURE: [signature] DMD   DATE: 11-09-09   Utilization OP-115/61

DATE OF CONSULTATION: 11-24-09   PRINTED NAME OF CONSULTANT: Gene Hughes DDS

FINDINGS: #12 mobile Cl III ē mesial cervical caries; non-restorable. #21 cervical distal caries non restorable. Patient elects to keep #12 and try to restore with RCT & FUC. #2 Bone loss into furcation.

RECOMMENDATIONS: 1) General anesthesia 2) Extractions surgical #'s 2 & 21 3) patient with crossbite and (L) TMJ pain

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: as needed. #12 with IRREVERSIBLE pulpitis.

CONSULTANT SIGNATURE: [signature]   DATE: 11-24-09

BTA RN SIGNATURE:   DATE:

PCP SIGNATURE:   DATE:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH:
G37110
Hilson, Rasheed J.
DOB: 12-9-70

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)   CDC 7243 (Rev. 11/02)

11/24/09

Exhibit *R*

**GENE HUGHES D.D.S**
Oral and Maxillofacial Surgery

NAME: *Hilson, Rasheed*          AGE: *39*     DATE: *11/24/09*

Risk and benefits informed including possible injury to inferior alveolar and lingual nerves for mandibular molars and sinus complications and potential needs for additional surgeries for maxillary pre & molars.
* Past Medical History Verbal Confirmation: _____
* Drug Allergies: _____ *pcn / Iodine*
* Medications: _____

Local Anesthetic:
1) _____ mg of Lidocaine 2% with epinephrine 1:50.000 _____ mg Epi.     B.P.: _____ mmHg
2) *6.0cc* _____ mg of Marcaine 0.5% with epinephrine 1:200.000 _____ mg Epi.
3) _____ mg of Lidocaine 2% with epinephrine 1:100.000 _____ mg Epi.     Pulse: _____ x min
4) _____ mg of Carbocaine 3% plain                                              See Tape: _____
5) _____ mg of Citanest 4% plain

*- see anesthesia tape -*

|  | L.A. only | N2O/O2 Sedation | Oral Sedation | ✓ General Anesthesia |
|---|---|---|---|---|
| Tooth number |  | *2* | *21* |  |
| Diagnosis |  | *non-restorable decay* | *non restorable decay* |  |
| Buccal Hockey Stick |  |  |  |  |
| Vertical release |  | ✓ | ✓ |  |
| Lingual flap |  |  |  |  |
| Full thickness flap |  | ✓ | ✓ |  |
| Bone removed |  |  |  |  |
| Sectioned tooth |  |  |  |  |
| Elevated |  | ✓ |  |  |
| Forceps |  |  |  |  |
| Suture placed gut/silk |  | ✓ | ✓ |  |

start time 9:15 AM
9:50 AM End time

*# 35 min's ANESTHESI. Time*

Comments: *#1 2 & 21 non-restorable decay; pain Eval. infected. full thickness flap reflected d. elevated with straight elevators. 3.0 gut closure. #12 irreversible pulpitis - patient elects to restore #12.*
Complications: *- none -*

Return to Clinic for PO check: *as needed -*
**Post-operative instructions written and verbal**
RX : *2R* Pen VK 500 mg # *T* _____ qid
    *60* Clindamycin *150/*300 mg # *TT* _____ qid
    _____ # _____
    _____ # _____

Suture removal: *none*
**Sedation Tech.: *general Anesthesia***
_____ Amoxicillin 500 mg _____ tid
_____ Erythromycin 500 mg # _____ qid
_____ # _____
_____ # _____

| | | | |
|---|---|---|---|
| _____ | Vicodin _____ mg # _____ | 1-2 q 4-6 hours prn-pain |
| _____ | Tylenol _____ mg # _____ | 1-2 q 4-6 hours prn-pain |
| *20* | Ibuprofen *600*/800 mg # *T* | 1 q 6-8 hours prn-pain |
| _____ | Darvocet N100 # _____ | 1-2 q 4-6 hours prn-pain |

©COPY

Medications. Given in office: *- see general anesthesia sheet -*

Dr.: Gene Hughes D.D.S. *Gene Hughes*
Oral and Maxillofacial Surgery

Exhibit L

# GENE HUGHES, DDS
## ORAL & MAXILLOFACIAL SURGERY

PATIENTS NAME: Rasheed Hilson          DATE: 11-24-09
MAJOR ILLNESS: Jaw          ALLERGIES: shellfish

CURRENT MEDS: Tylenol #3, Neurotten, baclofin

ASA I

**TREATMENT CHECKLIST**

| PRE-OP RX'S | POST OP RX'S | REFILLS/DATE |
|---|---|---|
| PAIN _____ | PAIN _____ | PAIN _____ |
| ANTIB _____ | ANTIB _____ | ANTIB _____ |
| EDEMA _____ | EDEMA _____ | EDEMA _____ |

DOB 12-09-7C

**REMOVED**

01 02 03 04 05 06 07 08 | 09 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 | 24 23 22 21 20 19 18 17

| RIGHT | A B C D E | F G H I J | LEFT |
|---|---|---|---|
| | T S R Q P | O N M L K | |

REASON REFERRED:  DR: Nksf          PHONE: _____

| DATE: | |
|---|---|
| | # 2, 21 non-rest decay infection pain |
| (Bone las into furcation) #2 Cl III mobility; ® TMJ pain 2° crossbite |
| #21 irrev pulpitis ¢ patient wishes to restore. |
| 11-24-09 | Extn |
| | X2O |
| | Teen quoth |
| | # 2      surgical |
| | 21      surgical |

© COPY

Gene Hughes nml

**Exhibit M**

# MEDICATION ADMINISTRATION RECORD (CONTROLLED SUBSTANCE)

Name: **HILSON, RASHEED**
DOB: 12/9/1970
Allergies: Shellfish
CDCR #: **G37110**
Building: NKSP-B5
Housing: **B5-139L**
Additional Pages In Use: Yes No

10/31/2009 10:11:50 PM

| Medication | Fill Info |
|---|---|
| ACETAMINOPHEN-COD #3 TABLET UD (00406-0484-62) acetaminophen with codeine phosphate. TAKE 2 TABLETS BY MOUTH TWICE A DAY CRUSH AND FLOAT **DOT** FLOORSTOCK | Fill Date: 10/23/2009  Days Supply: 30  Orig Fill Date: 10/23/2009  Expire Date: 11/22/2009  Rx#:5004989-1  Doctor: A. LEONG-MD |
| JACLOFEN 10 MG TABLET UD (68084-0038-01) baclofen TAKE 1 TABLET BY MOUTH 3 TIMES A DAY **DOT** | Fill Date: 10/23/2009  Days Supply: 30  Orig Fill Date: 10/23/2009  Expire Date: 11/22/2009  Rx#:666027-1  Doctor: A. LEONG-MD |
| GABAPENTIN 600 MG TABLET UD (68084-0122-01) gabapentin TAKE 1 TABLET BY MOUTH 3 TIMES A DAY **DOT** | Fill Date: 10/23/2009  Days Supply: 30  Orig Fill Date: 10/23/2009  Expire Date: 11/22/2009  Rx#:666031-1  Doctor: A. LEONG-MD |



(Copy watermark present. Handwritten initials and administration entries recorded across dated columns 11/1 through 11/22, with X marks in later columns.)

Exhibit N

# MEDICATION ADMINISTRATION RECORD ***

10/31/2008 9:20:16 PM

**Name:** HILSON, RASHEED
**DOB:** 12/9/1970
**CDCR #** G37110
**Building:** B5
**Housing** B5-135L
**Additional Pages In Use** Yes   No

©COPY

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|
| E. Avila, LV | au | | | | |

**ACETAMINOPHEN-COD #3 TABLET UD (53739-0004-10) acetaminophen with codeine phosphate**
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY CRUSH AND FLOAT **DOT**

Fill Date: 10/24/2008   Orig Fill Date: 10/24/2008   Rx#:6001182-1
Days Supply: 10   Expire Date: 11/7/2008   Doctor: LEONG

**GABAPENTIN 300 MG CAPSULE UD (00904-5632-61) gabapentin**
TAKE 1 CAPSULE BY MOUTH TWICE A DAY **NA**

Fill Date: 10/23/2008   Orig Fill Date: 10/23/2008   Rx#:6008635-1
Days Supply: 30   Expire Date: 11/22/2008   Doctor: D (NKSP) GINES

**KOP *** ALBUTEROL 90 MCG INHALER (17270-0721-01)**
INHALE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED FOR WHEEZING **KOP**

Fill Date: 10/22/2008   Orig Fill Date: 10/22/2008   Rx#:6008680-1
Expire Date: 11/21/2008   Expire Date: 11/21/2008

**TREATMENT *** CARNATION INSTANT BREAKFAST (00065-9050-93)**
DRINK 1 CAN 3 TIMES A DAY STOCK-ITEM TODAY **NA**

Fill Date: 10/28/2008   Expire Date: 11/7/2008   Rx#:6011158-1

SHELLFISH

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Exhibit D

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 11/26/2008 11:41:10 AM

NORTH KERN STATE PRISON

Page 6 of 36

Patient (DOB): HILSON, RASHEED (12/9/1970)
CDCR#: G37110   Unit#: B5-135L

| Drug Name (Generic Name) | Last Dispense | Expiration Date | Refills Left | Rx # - Doctor | Qty | Days |
|---|---|---|---|---|---|---|
| RANITIDINE 150 MG TABLET (ranitidine hcl)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY **KOP** KOP | 11/14/2008 | 11/28/2008 | 0 | 286018758-1<br>BENYAMIN, H | 28 | 14 |

# MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/26/2008 11:41:10 AM

NORTH KERN STATE PRISON

Patient (DOB): HILSON, RASHEED (12/9/1970)
CDCR#: G37110   Unit#: B5-135L

| Drug Name (Generic Name) | Last Dispense | Expiration Date | Refills Left | Rx # - Doctor | Qty | Days |
|---|---|---|---|---|---|---|
| ACETAMINOPHEN-COD #3 TABLET (acetaminophen with codeine phosphate)<br>SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY FOR DENTAL PAIN BEGIN TODAY CRUSH AND FLOAT **DOT** DOT | D/A 10/23/2008 | *10/29/2008 | 0 | 285000168-1<br>LOPEZ (DDS NKSP), FEDERICO | 16 | 5 |
| ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING & TAKE 1 TABLET BY MOUTH EVERY EVENING AS NEEDED FOR LEFT EAR PAIN (CRUSH & FLOAT) PINK SHEET **DOT** DOT | D/A 11/21/2008 | *11/26/2008 | 0 | 285000341-2<br>LIBERSTEIN, A | 28 | 7 |
| ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate)<br>SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR DENTAL PAIN-CRUSH/FLOAT-PINKSHEET **DOT** DOT | D/A 11/7/2008 | *11/10/2008 | 1 | 285000296-1<br>TUR-NAVARRO, M | 9 | 3 |
| ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING & TAKE 1 TABLET BY MOUTH AT NOON & TAKE 2 TABLETS BY MOUTH EVERY EVENING AS NEEDED FOR LEFT EAR PAIN (CRUSH & FLOAT) PINK SHEET **DOT** DOT | D/A 11/7/2008 | *11/14/2008 | 0 | 285000297-1<br>AUSTRIA, ALEX | 28 | 7 |
| ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate)<br>SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR DENTAL PAIN-CRUSH/FLOAT-PINKSHEET **DOT** DOT | D/A 11/6/2008 | *11/7/2008 | 0 | 285000286-1<br>GODGES, S M | 15 | 5 |

NEW PRESCRIPTION:

Allergies: Shellfish

Drug Name (Generic Name)

☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP

☐ REFILLS: ☐ PRN ☐ KOP

☐ REFILLS: ☐ PRN ☐ KOP

☐ REFILLS: ☐ PRN ☐ KOP

☐ REFILLS: ☐ PRN ☐ KOP

☐ REFILLS: ☐ PRN ☐ KOP

→ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

SUBSTITUTION PERMITTED SIGNATURE    DATE    PROV#    DISPENSE AS WRITTEN SIGNATURE    DEA# REQUIRED FOR CONTROLLED SUBSTANCES

*** SEND TO PHARMACY ONCE COMPLETE ***

MEDICATION RECONCILIATION

*NF* - Nonformulary Medication
11/26/2008 11:41:10 AM

Exhibit P

# MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/26/2008 11:41:10 AM

**Patient (DOB): HILSON, RASHEED (12/9/1970)**
**CDCR#: G37110   Unit#: B5-135L**

NORTH KERN STATE PRISON

| | Drug Name (Generic Name) | Last Dispense | Expiration Date | Refills Left | Rx #-Doctor | Qty | Days |
|---|---|---|---|---|---|---|---|
| REFILLS: ☐ PRN ☐ KOP | ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate) SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY CRUSH AND FLOAT **DOT** ** DOT | D/A 11/4/2008 | *11/7/2008 | 0 | 285000182-2 LEONG, | 42 | 4 |
| REFILLS: ☐ PRN ☐ KOP | ALBUTEROL 90 MCG INHALER (albuterol) SIG: INHALE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED FOR WHEEZING **KOP** ** KOP | D/A 10/22/2008 | *11/21/2008 | 1 | 285008680-1 GINES, D | 17 | 30 |
| REFILLS: ☐ PRN ☐ KOP | *NF CARNATION INSTANT BREAKFAST (nutritional supplement) SIG: DRINK 1 CAN 3 TIMES A DAY **KOP** ** KOP | D/A 11/6/2008 | *11/11/2008 | 0 | 285015687-1 GODGES, S M | 3,600 | 5 |
| REFILLS: ☐ PRN ☐ KOP | *NF CARNATION INSTANT BREAKFAST (nutritional supplement) SIG: DRINK 1 CAN 3 TIMES A DAY X5DAYS-STOCK ** MAR ONLY | D/A 10/28/2008 | *11/7/2008 | 0 | 285011168-1 LOPEZ (DDS NKSP), FEDERICO | 250 | 30 |
| REFILLS: ☐ PRN ☐ KOP | *NF CARNATION INSTANT BREAKFAST (nutritional supplement) SIG: DRINK 1 CAN 3 TIMES A DAY STOCK/ITEM TODAY **NA** ** MAR ONLY | D/A 11/21/2008 | 12/21/2008 | 0 | 285022247-1 LIBERSTEIN A | 60 | 30 |
| REFILLS: ☐ PRN ☐ KOP | GABAPENTIN 300 MG CAPSULE UD (gabapentin) SIG: TAKE 1 CAPSULE BY MOUTH TWICE A DAY **NA** ** N/A | D/A 10/23/2008 | *11/21/2008 | 1 | 285008635-1 GINES, D | 60 | 30 |
| REFILLS: ☐ PRN ☐ KOP | GABAPENTIN 300 MG CAPSULE UD (gabapentin) SIG: TAKE 1 CAPSULE BY MOUTH TWICE A DAY **NA** ** N/A | D/A 10/23/2008 | *11/22/2008 | 1.5 | 285008624-1 GINES, D | 180 | 15 |
| REFILLS: ☐ PRN ☐ KOP | MAPAP 325 MG TABLET (acetaminophen) SIG: TAKE 2 TABLETS BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN **KOP** ** KOP | D/A 11/4/2008 | *11/14/2008 | 0 | 285016346-1 AUSTRIA, ALEX | 10 | 7 |
| REFILLS: ☐ PRN ☐ KOP | NEOMYCIN-POLYMIXIN-HC EAR SUSP (neomycin sulfate/polymyxin b SIG: INSTILL 3 DROPS INTO LEFT EAR 3 TIMES A DAY FOR 7 DAYS **KOP** ** KOP | | | | | | |

→ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

@COPY

NEW PRESCRIPTION:

Allergies: Shellfish

MEDICATION RECONCILIATION

SUBSTITUTION PERMITTED SIGNATURE          DATE          PROV#          DISPENSE AS WRITTEN SIGNATURE          DEA# REQUIRED FOR CONTROLLED SUBSTANCES

*** SEND TO PHARMACY ONCE COMPLETE ***

P l 2 review · Exhibit Q

# MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 12/13/2008 10:13:57 AM

NORTH KERN STATE PRISON

Page 2 of 3

**Patient (DOB): HILSON, RASHEED (12/9/1970)**
**CDCR#: G37110   Unit#: AC4-143L**

| | | Drug Name (Generic Name) | Last Dispense | Expiration Date | Refills Left | Rx # - Doctor | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ REFILLS: | ☐ PRN ☐ KOP | ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate) SIG: TAKE 1 TABLET BY MOUTH 1ST DOSE GIVEN CRUSH AND FLOAT **DOT** PROFILE ONLY | D/A 12/3/2008 | *12/4/2008 | 0 | 286000538-1 AUSTRIA-MD, A. | 1 | 1 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate) SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING AND 2 TABLETS EVERY NIGHT AT BEDTIME AS NEEDED LOWER LIP PAIN CRUSH AND FLOAT PINK-SHEET **NA** N/A | D/A 12/3/2008 | *12/10/2008 | 0 | 286000539-1 AUSTRIA-MD, A. | 21 | 11 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate) SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING & TAKE 1 TABLET BY MOUTH AT NOON & TAKE 2 TABLETS BY MOUTH EVERY EVENING AS NEEDED FOR LEFT EAR PAIN (CRUSH & FLOAT) PINK SHEET **DOT** DOT | D/A 11/26/2008 | *12/10/2008 | 0.464 | 286000466-1 LIBERSTEIN-MD, A. | 56 | 8 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate) SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING & TAKE 1 TABLET BY MOUTH AT NOON & TAKE 2 TABLETS BY MOUTH EVERY EVENING AS NEEDED FOR LEFT EAR PAIN (CRUSH & FLOAT) PINK SHEET **DOT** DOT | D/A 11/21/2008 | *11/26/2008 | 0 | 286000341-2 LIBERSTEIN-MD, A. | 28 | 7 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate) SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING & TAKE 1 TABLET BY MOUTH AT NOON & TAKE 2 TABLETS BY MOUTH EVERY EVENING AS NEEDED FOR LEFT EAR PAIN (CRUSH & FLOAT) PINK SHEET **DOT** DOT | D/A 11/7/2008 | *11/14/2008 | 0 | 286000397-1 AUSTRIA-MD, A. | 28 | 7 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | ALBUTEROL 90 MCG INHALER (albuterol) SIG: INHALE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED FOR WHEEZING **KOP** KOP | D/A 10/22/2008 | *11/21/2008 | 1 | 286008590-1 GINES, D | 17 | 30 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | "NF" CARNATION INSTANT BREAKFAST (nutritional supplement) SIG: DRINK 1 CAN 3TIMES A DAY X5DAYS-STOCK ** MAR ONLY | D/A 11/6/2008 | *12/3/2008 | 0 | 286016887-1 GODGES-DDS, S. | 3,600 | 5 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | CEFTRIAXONE 1 GM VIAL (ceftriaxone sodium) SIG: 1GM IM X 1 DOSE-GIVEN ** PROFILE ONLY | D/A 11/26/2008 | *11/27/2008 | 0 | 286023856-1 AUSTRIA-MD, A. | 1 | 1 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | GABAPENTIN 300 MG CAPSULE UD (gabapentin) SIG: TAKE 1 CAPSULE BY MOUTH TWICE A DAY **NA** N/A | D/A 11/21/2008 | *11/21/2008 | 0 | 286022347-1 LIBERSTEIN-MD, A. | 60 | 30 |
| ☐ REFILLS: | ☐ PRN ☐ KOP | GABAPENTIN 300 MG CAPSULE UD (gabapentin) SIG: TAKE 1 CAPSULE BY MOUTH TWICE A DAY **NA** N/A | D/A 10/23/2008 | *11/21/2008 | 1 | 286008635-1 GINES, D | 60 | 30 |

→ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

*handwritten:* does this need to be refilled constantly? it was initially only for dental + co. should he continue to have recurrent cellulitis he may not be on "welfare"

NEW PRESCRIPTION:

Allergies: Shellfish

_____   _____   _____   _____
SUBSTITUTION PERMITTED          DATE                          PROV#                          DISPENSE AS WRITTEN            DEA# REQUIRED FOR
SIGNATURE                                                                                    SIGNATURE                      CONTROLLED SUBSTANCES

*MEDICATION RECONCILIATION

* * * SEND TO PHARMACY ONCE COMPLETE * * *

"NF" - Nonformulary Medication

12/13/2008 10:13:57 AM

Exhibit R

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 11/4/2009 6:24:19 PM

**NORTH KERN STATE PRISON**

Page 1 of 1

**Patient (DOB): HILSON, RASHEED (12/9/1970)**
**CDCR#: G37110   Unit#: B5-139L**

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # Doctor | Refills left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ REFILLS: | PRN ☐ KOP ☐ STOP | ACETAMINOPHEN-COD #3 TABLET UD (acetaminophen with codeine phosphate)<br>SIG: TAKE 2 TABLETS BY MOUTH TWICE A DAY CRUSH AND FLOAT **DOT** FLOORSTOCK ** MAR ONLY | 10/23/2009 | 10/23/2009 | 11/22/2009 | 285004989-1 LEONG-MD. A. | 0 | 120 | 30 |
| ☐ REFILLS: | PRN ☐ KOP ☐ STOP | BACLOFEN 10 MG TABLET UD (baclofen)<br>SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY **DOT** ** DOT | 10/23/2009 | 10/23/2009 | 11/22/2009 | 286166027-1 LEONG-MD. A. | 0 | 90 | 30 |
| ☐ REFILLS: | PRN ☐ KOP ☐ STOP | GABAPENTIN 600 MG TABLET UD (gabapentin)<br>SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY **DOT** ** DOT | 10/23/2009 | 10/23/2009 | 11/22/2009 | 286166031-1 LEONG-MD. A. | 0 | 90 | 30 |
| ☐ REFILLS: | PRN ☐ KOP ☐ STOP | **NF* TRAMADOL HCL 50 MG TABLET UD (tramadol hcl)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY CRUSH AND FLOAT **DOT** FLOORSTOCK ** MAR ONLY | 10/23/2009 | 10/23/2009 | 11/22/2009 | 286166025-1 LEONG-MD. A. | 0 | 60 | 30 |

① ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

Allergies: Shellfish

| SUBSTITUTION PERMITTED<br>SIGNATURE | DATE | PROV# | DISPENSE AS WRITTEN<br>SIGNATURE | DEA# REQUIRED FOR<br>CONTROLED SUBSTANCES |
|---|---|---|---|---|

*** SEND TO PHARMACY ONCE COMPLETE ***

MEDICATION RECONCILIATION

*NF* - Nonformulary Medication
11/4/2009 6:24:19 PM

©COPY

Exhibit S

© COPY

# MEDICATION ADMINISTRATION RECORD ***

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 | 12/1 | 12/2 | 12/3 | 12/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NAME OF RN/LVN/LPT** — **INITIAL**

**ORAMORPH SR 15 MG TABLET UD (66778-0554-20) morphine sulfate**
TAKE 1 TABLET BY MOUTH EVERY EVENING FLOORSTOCK **DOT** **TTA

Fill Date: 11/20/2009    Orig Fill Date: 11/20/2009    Rx#:2000529-1
Days Supply: 20    Expire Date: 12/10/2009    Doctor: A. LEONG-MD

Row: X X X X X X X X X X X X X X X X X X X X X X X X

**TREATMENT **** CARNATION INSTANT BREAKFAST (00065-0646-93)**
** KGP *** DOK 100 MG CAPSULE (00904-7833-60)
*** KGP *** MILK OF MAGNESIA SUSPENSION (00904-0788-16)

DRINK 2 CANS BY MOUTH 3 TIMES A DAY FLOORSTOCK **NA**
TAKE 2 CAPSULES BY MOUTH TWICE A DAY **KGP**
TAKE 30ML BY MOUTH EVERY OTHER DAY AS NEEDED FOR
CONSTIPATION FOR 14 DAYS **KGP**

Fill Date: 11/9/2009    Expire Date: 12/9/2009    Rx#:6177348-1
Fill Date: 11/19/2009    Expire Date: 2/17/2010    Rx#:6177273-1
Fill Date: 11/19/2009    Expire Date: 12/3/2009    Rx#:6177280-1

Row: X X X X X X X X X X X X X X X X X X X X X X X X

---

Name: **HILSON, RASHEED**

DOB: 12/9/1970

Allergies: Shellfish

Building: NKSP-B5    Housing: **B5-139L**

CDCR #: **G37110**

Additional Pages In Use:   Yes   No

11/25/2009 5:19:24 PM

MEDICATION ADMINISTRATION RECORD

NAME OF RN/LVN/PT    INITIAL    NAME OF RN/LVN/PT    INITIAL    NAME OF RN/LVN/PT    INITIAL    NAME OF RN/LVN/PT    INITIAL

Drug:
Sig:

Drug:
Sig:

Drug:
Sig:

Admin Time

Fill Date:
Days Supply:

Orig Fill Date:
Expire Date:

Rx#:
Doctor:

Fill Date: 11/20/09
Days Supply: 10

Orig Fill Date:
Expire Date: 11/21/09

Rx#:
Doctor: Cory

Exhibit T

Allergies: Shellfish

Name: Hilson, Rasheed

DOB: 12/9/70

Building: BS-134L

CDCR #: 637110

Housing

Additional Pages in Use    Yes    No



**Sedgwick CMS**

**Sedgwick Claims Management Services, Inc**
Professional Liability
P. O. Box 15398, Long Beach, CA 90815-0398
Telephone 562-492-1800  Facsimile  562-492-1899

January 26, 2009

Rasheed Hilson Sr.
G37110 NKSP/A4-143L
P. O. Box 5000
Delano, CA  93216

|  |  |
|---|---|
| Claimant(s) | : Rasheed Hilson Sr. |
| Claim Filed | : 12/22/2008  (for medical malpractice) |
| Sedgwick CMS File No. | : 9556-9567          County File No.: 08-1065828 |
| PL Claims Specialist | : Craig McDonough |

Dear Mr. Hilson:

We are liability claims administrators for the County of Los Angeles. The above-referenced claim that you filed with the Board of Supervisors has been referred to us for handling.

Please be advised that the claim you presented to the Los Angeles County Board of Supervisors is being denied because it was not presented within the 6-month period provided by law.  See sections 901 and 911.2 of the Government Code. Because the claim was not presented within the time allowed by law, no action was taken on the claim.

**WARNING**

Government Code section 911.3 provides that when a claim is denied because it was not presented within the time allowed by law, notice to the claimant shall so state and further give notice in substantially the following form:

"Your only recourse at this time is to apply without delay to the Los Angeles County Board of Supervisors for leave to present a late claim.  See sections 911.4 to 912.2, inclusive, and section 946.6 of the Government Code.  Under some circumstances, leave to present a late claim will be granted.  See section 911.6 of the Government Code.

"You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately."

If you dispute the County's conclusion that your claim was untimely, the following warning may be applicable:

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.  See Government Code section 945.6.

Questions with respect to this claim should be directed to the assigned PL Claims Specialist, noted above, at Sedgwick CMS, P.O. Box 15398, Long Beach, California 90815

CM/sdh-2A

## IN THE SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES

## STATE OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | NO. SA 064844 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | COURT ORDER **FILED** |
| | ) | SUPERIOR COURT OF CALIFORNIA |
| Rasheed Joel Hilson | ) | COUNTY OF LOS ANGELES |
| Defendant. | ) | APR 28 2009 |
| | ) | John A. Clarke, Executive Officer/Clerk |

By _Sharon Thomas_, Deputy

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Good cause appearing the Court enters the following orders:

1.) The Defendant's Petition to Continue Without Claims Requirement - Govt Code 945.4 shall be returned to defendant for filing in the proper Court and in compliance with the service requirements of C.C.P. section 1005. The claim can only be filed in the civil courthouse located at 111 N. Hill St., Los Angeles, CA 90012 and must be accompanied by a proof of service on the public entities against whom the defendant seeks to proceed as required by C.C.P. section 1005.

Dated: _April 28, 2009_                                          _____

Judge, Los Angeles Superior Court

**H. CHESTER HORN, JR.**

FW-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Rasheed Hilson Sr. <br> P.O. Box 4999 <br> Delano, CA, 93216 | |

TELEPHONE NO.:                                     FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF/ PETITIONER: Rasheed Hilson SR

DEFENDANT/ RESPONDENT: USC Medical Center & L.A County Sheriff

CASE NUMBER:

## ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS

1. The application was filed on *(date)*: 12-11-09    ☐ A previous order was issued on *(date)*:

2. The application was filed by *(name)*: Rasheed Hilson Sr.

3. ☐ IT IS ORDERED that the application is **granted**    ☐ in whole    ☐ in part *(complete item 4 below).*
   a. ☐ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rules 3.61, **is waived.**
   b. ☐ **The applicant shall pay** all the fees and costs listed in California Rules of Court, rules 3.61, EXCEPT the following:
      (1) ☐ Filing papers.           (6) ☐ Sheriff and marshal fees.
      (2) ☐ Certification and copying.    (7) ☐ Reporter's fees* *(valid for 60 days).*
      (3) ☐ Issuing process and certification.  (8) ☐ Telephone appearance (Gov. Code, § 68070.1 (c))
      (4) ☐ Transmittal of papers.      (9) ☐ Other *(specify code section):*
      (5) ☐ Court-appointed interpreter.
         Reporter's fees are per them pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. **Method of payment.** The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay *(specify):*         percent.  (2) ☐ Pay: $                per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:

   | Date: | Time: | Dept.: | Div.: | Room: |
   |---|---|---|---|---|

   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. **All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.**

4. ☐ IT IS ORDERED that the application is **denied**    ☐ in whole    ☐ in part  for the following reasons *(see Cal. Rules of Court, rules 3.50–3.63):*
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form 982(a)(17)(A)).
   b. ☐ Other *(Complete line 4b on page 2).*
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.

5. ☐ IT IS ORDERED that a **hearing** be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is *(specify):*
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:

   | Date: | Time: | Dept.: | Div.: | Room: |
   |---|---|---|---|---|

   c. The address of the court is *(specify):*
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

**NOTICE: If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.**

**WARNING: The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay court fees or costs.**

Date:

_____              ☐ Clerk, by _____, Deputy
JUDICIAL OFFICER            *(Clerk may GRANT in full a nondiscretionary fee waiver; see Cal. Rules of Court, rules 3.56.)*

Form Adopted for Mandatory Use <br> Judicial Council of California <br> FW-003 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (Fee Waiver)**

Page 1 of 2

Government Code, § 68511.3; <br> Cal. Rules of Court, rules 3.50–3.63

THOMSON <br> * <br> WEST

FW-003

| PLAINTIFF/PETITIONER *(Name):* | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT *(Name):* | |

4b ☐ Application is denied in whole or in part *(specify reasons):*

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at *(place):*                                                                                        , California,
on *(date):*

Clerk, by _____ , Deputy.

---

(SEAL)

## CLERK'S CERTIFICATE

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date:                    Clerk, by _____ , Deputy

FW-003 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF
COURT FEES AND COSTS (Fee Waiver)**

Page 2 of 2

FROM: Rasheed Hilson

TO: Clerk of US Central District

RE: Need 'IN Forma Pauperis' also rules of court, lastly a 'Toll' form

Dear Clerk,

My name is Rasheed Hilson... Hi, I'm writing you because I am deligently trying to put forth a viable claim, however, I'm a lame when it comes to the intricacies of doing so. One of my main problems is the fact that none of my grievances were answered, I filed a tort claim which was denied base on me not forfilling the process under Gov't Code 946.6. Along with this letter is a copy of one of the denial letters and an informative Court Order from Judge H. Chester Horn, Jr. Please note that I filed the appropriate petition with the appropriate courthouse. However, also note that I've been like a bouncing ball sense I left L.A. County Jail on 10-22-08, plaintiff was sent to North Kern State Prison (Delano). On 12-28-08, plaintiff was sent to River side County Jail. While there I filed the petition around June, or maybe even the end of May. I never received a response. In the body of plaintiffs petition, plaintiff noted that his grievances were never answered. Plaintiff also sent the carbon copy of these grievances along with plaintiffs petition. I was sent back to Delano, on 10-23-09. I've written to the court expressing my delima, however, just two minutes ago I was told that I will be sent back to L.A. County Jail for court again (12-14-09). As you can see it is hard for me to be at one place long enough to receive my legal mail. My question is this, do I still need to file a writ of habeas corpus along with this. (not in the same court). Once I receive the case number I plan on sending it to you as noted in the body of my claim, or should I ask the civil courthouse for

a copy of the grievances. The grievances at L.A. County are in triplicate. So once you fill one out you keep your copy to prove you filed one, even if they didn't answer you have the proof. Or sense nothings been done to my teeth should I file one when I get there and send you the response?

Please advise because I'm being stone walled at every turn.

Also I have not been able to retrieve a legit copy of an 'In Forma Pauperis', from the law library here at Delano or anywhere I've been. I've written requesting to have one sent, but no answer to any of my request. Can you send me three copies (for safe keepings) So I've written my own motion for 'In Form Pauperis'. I hope it is sufficient enough to proceed. My actual deadline is the end of January, begining of Febuary when the doctor actually knew of the mistake. However, I knew the day it was done, but nobody would listen to me. But because I knew, I'm not sure if my time starts there or not. Please advise.

Because I'm sueing L.A County Jail, along with USC Medical Center, I have fear of reprisal while there. I still have not been able to retrieve a copy of my medical records from both places so the names of defendants are unknown. Can the court order for me my medical records? (From both places) Please advise.

Also can you send me a copy of your rules of court and a 'Toll' form if applicable.

If you can spare two self addressed stamped envelopes (Manila) because I am indigent it
—over—

will be abundantly appreciated.

Please note that I was not able to make a copy of my claim, Exhibits, or anything else. If by chance you can make a copy of my claim + exhibits, it will be appreciated. And if for any reason you are not able to process my claim please state your reasons and return with a stamped Manila envelope, I will fix and return to you promptly. I hope my long windedness doesn't prevent us from forging a good working relationship with one another. Your time and attention to this matter is very much appreciated.

Hope to hear from you soon. It seems like you can reach me at L.A. County Jail, I'm going to try mailing this here because it's free for the indigent.

Thanks Again.

Sincerly,

Rasheed Wilson