FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED HILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. CV 09-9402-MWF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　**IT IS HEREBY ORDERED**: (1) Defendants' Motion to Dismiss Plaintiff's claims against the County, LACSD, and Sheriff Baca in his official capacity is DENIED; (2) Defendants' Motion to Dismiss Plaintiff's claims against Sheriff Baca in his individual capacity is GRANTED, and those claims are dismissed without leave to amend; (3) Defendants' Motion to Dismiss Plaintiff's claims against Dr. Silvanskaya is DENIED; and (4) the County, LACSD,

1 | Sheriff Baca in his official capacity, and Dr. Silvanskaya each are directed to file an Answer to
2 | the TAC within thirty (30) days of the date of this Order.
3 | **IT IS SO ORDERED.**

5 | DATED: July 9, 2012

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE